UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61110-CIV-DIMITROULEAS

OTIS I. ARCHIE, SR.,

                                                                      Magistrate Judge White

    Plaintiff,

v.

OFFICER STEVEN GREENLAW,

    Defendant.
_____/

**<u>ORDER ADOPTING REPORT OF MAGISTRATE JUDGE AND DENYING
DEFENDANT'S MOTION TO DISMISS</u>**

THIS CAUSE is before the Court upon the Defendant Officer Steven Greenlaw's Motion to Dismiss [DE 19], the Report of Magistrate Judge Patrick A. White, dated March 23, 2010 [DE 21], notes no Objections were filed and the time for such filing has passed.  As there are no objections, the Magistrate Judge's factual findings in the Report are hereby adopted and deemed incorporated into this opinion.  <u>LoConte v. Dugger</u>, 847 F.2d 745, 749-50 (11th Cir. 1988), <u>cert. denied</u>, 488 U.S. 958 (1988); <u>RTC v. Hallmark Builders, Inc.</u>, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no objections were filed, the Court has conducted a <u>de novo</u> review of the Report and record and is otherwise fully advised in the premises.  Liberally construed, Plaintiff alleges that: Greenlaw arrested him after becoming frustrated that the true perpetrator escaped; once in custody Plaintiff could not make bail and had to wait seven months until a Court date resulted in an acquittal; Greenlaw was found "incompetent"; and the charges were dismissed because of lack of physical evidence.  Accordingly, the Court agrees with the Magistrate's conclusion that Plaintiff's allegations support a cognizable claim that Greenlaw may have made

an arrest without probable cause in violation of the plaintiff's constitutional rights, rights which were clearly established at the time of the alleged violation.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report [DE 21] is hereby **ADOPTED** and **APPROVED**;

2. Defendant Officer Steven Greenlaw's Motion to Dismiss [DE 19] is hereby **DENIED**;

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 12th day of April, 2010.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Magistrate Judge White

Otis I. Archie, Sr., Pro Se
No. 653352
Jackson Work Camp
Dorm I-2105S
5607 Highway 71 North
Malone, FL 32445

Alain Boileau, Esq.
Robert Hunt Schwartz, Esq.