UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61110-CIV-DIMITROULEAS

OTIS I. ARCHIE, SR.,

        Magistrate Judge White

   Plaintiff,

v.

OFFICER STEVEN GREENLAW,

   Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION;**
**ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

    THIS CAUSE is before the Court upon the Report and Recommendation [DE 39] of Magistrate Judge Patrick A. White, filed October 25, 2010.  The Court notes that no objections to the Report have been filed, and the time for filing such objections has passed.  As no timely objections were filed, the Magistrate Judge's factual findings in the Report are hereby adopted and deemed incorporated into this opinion.  LoConte v. Dugger, 847 F.2d 745, 749-50 (11th Cir. 1988), cert. denied, 488 U.S. 958 (1988); RTC v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993).

    Although no timely objections were filed, the Court has conducted a de novo review of the Report and record and is otherwise fully advised in the premises.  The Court agrees with the Magistrate's conclusion that there are material facts in dispute regarding the issue of whether there was sufficient probable cause to arrest.  Plaintiff's version of the facts differs dramatically from Defendant's version, as stated in the Incident Report, precluding the entry of summary

1

judgment.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report and Recommendation [DE 39] is hereby **ADOPTED** and **APPROVED**;

2. Plaintiff's Motion for Summary Judgment [DE 33] is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 22nd day of November, 2010.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Magistrate Judge White

Otis I. Archie, Sr., Pro Se
No. 653352
Wakulla Correctional Institute
110 Melaleuca Drive
Crawfordville, Florida 32327-4963

Alain Boileau, Esq.
Robert Hunt Schwartz, Esq.

2